UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 20CR0129-CAB |
|---|---|
| Plaintiff, | ) |
| v. | ) |
|  | ) ORDER AND JUDGMENT ON UNOPPOSED |
| FREDRICK JIMENEZ, | ) MOTION TO DISMISS INFORMATION |
| Defendant. | ) |

Based on the Motion of the United States and for good cause shown, leave of court is granted, and

IT IS HEREBY ORDERED the Information in this case is dismissed against defendant Fredrick Jimenez without prejudice and all pending dates are hereby vacated.

IT IS FURTHER ORDERED that the bond is hereby exonerated for the defendant.

IT IS SO ORDERED.

DATED:   June 25, 2020.

_____
HON. CATHY ANN BENCIVENGO
United States District Court Judge
Southern District of California